IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, SUSAN A. VIGIL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN A. VIGIL,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>      Defendants. | Case No.: CV 11-03285 PLA<br><br><u>ORDER AWARDING EAJA FEES</u><br><br><br><br>PAUL L. ABRAMS<br>UNITED STATES MAGISTRATE<br>JUDGE |

      Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded in the amount of TWO THOUSAND SEVEN HUNDRED DOLLARS ($2,700.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED: November 18, 2011

*/s/ Paul L. Abrams*

_____
PAUL L. ABRAMS
United States Magistrate Judge