IRENE RUZIN, Attorney at Law (CSB #125763)
Law Offices of Irene Ruzin
16311 Ventura Blvd., Suite 900
Encino, CA 91436
TEL: (818) 325-2888 FAX: (818) 325-2890
ireneruzin@earthlink.net

Attorney for Plaintiff, SUSAN A. VIGIL

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SUSAN A. VIGIL, | ) Case No.: CV 11-03285 PLA |
| Plaintiff, | ) |
| | ) ORDER AWARDING EAJA FEES |
| vs. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) PAUL L. ABRAMS |
| | ) UNITED STATES MAGISTRATE |
| Defendants. | ) JUDGE |
| | ) |
| | ) |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), **IT IS ORDERED** that attorney's under the Equal Access to Justice Act ("EAJA") are awarded  in the amount of  TWO THOUSAND SEVEN HUNDRED DOLLARS ($2,700.00) as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

DATED:  November 18, 2011

_Paul L. Abrams_

_____

PAUL L. ABRAMS
United States Magistrate Judge